58 A.3d 750

Derrick Dale FONTROY, Petitioner

v.

COMMONWEALTH of Pennsylvania, Respondent.

No. 189 EM 2012.

Supreme Court of Pennsylvania.

Dec. 21, 2012.

## ORDER

PER CURIAM.

AND NOW, this 21st day of December, 2012, the Application for Leave to File Original Process is **GRANTED**, and the Petition for Writ of Habeas Corpus is **DENIED**.

58 A.3d 751

COMMONWEALTH of Pennsylvania, Respondent

v.

Tracy WATTS, Petitioner.

No. 190 EM 2012.

Supreme Court of Pennsylvania.

Dec. 21, 2012.

## ORDER

PER CURIAM.

AND NOW, this 21st day of December, 2012, the Application for Leave to File Original Process is **GRANTED**, and the Petition for Writ of Mandamus and/or Extraordinary Relief is **DENIED**.